DANIEL J. BRODERICK
Federal Defender
KELLY JAFINE, BAR #265601
Staff Attorney
Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEDRO PADILLA-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 10-034-MCE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER |
| v. | ) | |
| | ) | DATE: March 25, 2010 |
| PEDRO PADILLA-FLORES, | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England Jr. |
| Defendant. | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, PEDRO PADILLA-FLORES, by and though his counsel, KELLY JAFINE, Staff Attorney at the Federal Defender's Office, that the status conference set for Thursday, March 11, 2010, be continued as a status conference/change of plea hearing to Thursday, March 25, 2010, at 9:00 a.m.

   This continuance is being requested because defense counsel requires additional time to discuss the resolution of this case with the government and the defendant.  The additional time is necessary to ensure effective preparation, taking into account

1

the exercise of due diligence.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for March 25, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 9, 2010
                              Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Kelly Jafine
                              Staff Attorney
                              Federal Defender
                              Attorney for Defendant
                              PEDRO PADILLA-FLORES

DATED:  March 9, 2010         BENJAMIN B. WAGNER
                              United States Attorney


                              /s/  Kelly Jafine for
                              MICHAEL ANDERSON
                              Assistant U.S. Attorney

   **IT IS SO ORDERED.**

 Dated: March 9, 2010

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE